# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of June, two thousand twenty-six.

Before:      Sarah A. L. Merriam,
               *Circuit Judge.*

_____

| | |
|---|---|
| Mid Vermont Christian School, on behalf of itself and its students and its students' parents, Nathan Partington, individually, O. P., by and through his father and natural guardian, Nathan Partington, | **ORDER** |
| | Docket No. 26-1416 |
|         Plaintiffs - Appellants, | |
|   v. | |
| Jennifer Deck Samuelson, in her official capacity as Chair of the Vermont State Board of Education, Waits River Valley (Unified #36 Elementary) School Board, Zoie Saunders, in her official capacity as Interim Secretary of the Vermont Agency of Education, | |
|         Defendants - Appellees. | |

_____

Appellants move for an expedited appeal and propose the following briefing schedule: opening brief due June 24, 2026; response brief due July 31, 2026; and reply brief due August 14, 2026.

IT IS HEREBY ORDERED that the motion to expedite is GRANTED. The proposed briefing schedule is SO ORDERED. The appeal will be calendared on an expedited basis.

                      For the Court:
                      Catherine O'Hagan Wolfe,
                      Clerk of Court

