# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of July, two thousand twenty-six.

_____

Mid Vermont Christian School, on behalf of itself and its students and its students' parents, Nathan Partington, individually, O. P., by and through his father and natural guardian, Nathan Partington,

    Plaintiffs - Appellants,

  v.

Zoie Saunders, in her official capacity as Secretary of the Vermont Agency of Education, Jennifer Deck Samuelson, in her official capacity as Chair of the Vermont State Board of Education, Waits River Valley (Unified #36 Elementary) School Board,

    Defendants - Appellees,

_____

**ORDER**

Docket No. 26-1416

The Parents Initiative of the Liberty Justice Center, Kollene Caspers, Valerie Meichtry, Jessica Baker, and Michele Orosz request leave to file an amicus brief in support of Plaintiffs-Appellants.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

